IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MISSOULA COUNTY,<br><br>Plaintiff,<br><br>vs.<br><br>STATES SELF-INSURERS RISK RETENTION GROUP, INC.,<br><br>Defendant. | CV 20–144–M–DLC<br><br><br><br>ORDER |

Before the Court is the Defendant's Motion for Pro Hac Vice Admission of James E. Rocap, III. (Doc. 7.) Defendant moves this Court for the admission of James E. Rocap, III *pro hac vice* in the above-captioned matter. (*Id.*) It appears Ms. Hollar intends to act as local counsel. Mr. Rocap's application complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d)(3). "For the purposes of full and candid disclosure," Mr. Rocap's application does delineate a prior instance in which sanctions were issued against his firm, apparently for the disclosure of certain facts related to a settlement conference. (Doc. 7-1 at 2.) The Court appreciates Mr. Rocap's candor and does not find that this incident should impede his request for *pro hac vice* admission in this case.

Accordingly, IT IS ORDERED that the motion (Doc. 7) is GRANTED on the condition that he does his own work.  This means that Mr. Rocap must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally.  Mr. Rocap shall take steps to register in the Court's electronic filing system (CM-ECF).  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Rocap files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 11th day of January, 2021.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court