IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MISSOULA COUNTY, | CV 20–144–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| STATES SELF-INSURERS RISK RETENTION GROUP, INC., | |
| Defendant. | |

Before the Court is the parties' Stipulation for Dismissal Without Prejudice.

(Doc. 17.)  The parties seek the dismissal of this matter without prejudice.  (*Id.*)

Accordingly, IT IS ORDERED that the above-captioned matter is

DISMISSED without prejudice.  Any deadlines, hearings, and the trial scheduled

for April 18, 2022 are VACATED.

The Clerk of Court is directed to close the case file.

DATED this 29th day of September, 2021.

Dana L. Christensen, District Judge
United States District Court

1